| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar#122664<br>Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561 |
| 5 | Attorneys for Defendant<br>TOBIAS SOTO-MELCHOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00142 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO EXONERATE** |
| | ) | **BAIL AND RECONVEY DEED OF TRUST;** |
| vs. | ) | **ORDER** |
| | ) | |
| TOBIAS SOTO-MELCHOR, | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| | ) | |

A property bond was posted on behalf of Mr. Soto-Melchor on October 4, 2018 by his mother, Socorro Garcia (Dkt. No.38). Mr. Soto-Melchor was remanded by the Court after the jury returned verdicts of guilty on all counts on August 14, 2019. Defendant hereby moves the Court under Federal Rules of Criminal Procedure 46(g) for exoneration of the property bond and full reconveyance of the $50,000 Deed of Trust With Assignment of Rents currently on file with the Kern County Assessor-Recorder as Document No. 218129947, recorded on October 3, 2018. Since no further conditions of the bond remain to be fulfilled it is respectfully requested that the Clerk of the Court be ordered to reconvey the property to Mr. Soto-Melchor's surety, his mother, Socorro Garcia.

///

///

Respectfully submitted,

Motion to Exonerate Bond; [PROPOSED] ORDER    -1-

|   |   |   |
|---|---|---|
| 1 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | Date: August 28, 2019 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ |
| 4 | | Assistant Federal Defender<br>Attorney for Defendant |
| 5 | | TOBIAS SOTO-MELCHOR |

**O R D E R**

The Court finds that Tobias Soto-Melchor has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in this case secured by the $50,000 Deed of Trust with Assignment of Rents currently on file with the Kern County Assessor – Recorder (Document No. 218129947) and reconvey the real property to Ms. Socorro Garcia, sole trustor.

IT IS SO ORDERED.

Dated: **September 11, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE