Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Tobias Soto-Melchor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TOBIAS SOTO-MELCHOR,<br><br>Defendant. | CASE No: 1:18-CR-00142 LJO<br><br>**MOTION FOR EXTENSION OF TIME FOR FILING A MOTION FOR A NEW TRIAL**<br><br>Judge: Hon. Lawrence J. O'Neill |

    Defendant Tobias Soto-Melchor was convicted by jury trial of all charged counts on August 14, 2019.  An issue developed after the jury was discharged regarding Government Exhibit 1-B which some jurors took into the jury room.  It was the transcript of the defendant's post arrest statement.  It should not have been in the jury room as it was not admitted into evidence.  Victor Chavez, who was Mr. Soto-Melchor's attorney at the time, filed a "Motion for Extension of Time for filing Motion for a New Trial", Document "79" filed August 28, 2019.  The Court granted that request and gave Mr. Chavez Until October 14th to file the motion for a new trial.

    Mr. Chavez retired from the Federal Defender's Office earlier this month.  Mr. Chavez was willing to file the motion but Mr. Soto-Melchor requested that another attorney be appointed to do so.  Counsel was appointed on October 8th to represent the defendant.  She requests to have until November 4, 2019 to file the motion for a new trial.

    Counsel also requests the court take note of Mr. Chavez' declaration in Document 79 so as not to have to repeat the information in that declaration.

1

October 17, 2019                                     Respectfully submitted


                                                     /s/Barbara Hope O'Neill
                                                     Barbara Hope O'Neill
                                                     Attorney Tobias Soto-Melchor

# DECLAATION OF BARBARA HOPE O'NEILL

1. I, Barbara Hope O'Neill, hereby declare as follows:
2. I was appointed to represent Tobias Soto-Melchor on October 8, 2019.
3. I am requesting until November 4, 2019 to file a motion for a new trial pursuant to Rule 33(b)(2) of the Federal Rules of Criminal Procedure.
4. Since I was appointed less than 10 days ago, I need additional time to research the issues involved and to determine if such a motion is warranted.
5. I spoke to Mr. Soto-Melchor on October 17, 2019.
6. It appears that he is requesting that such a motion be filed.
7. I cannot determine if such a motion is appropriate until the research is completed and analyzed.
8. I learned today that the sentencing date, which is now set for November 12th, will need to be continued as additional time is needed to finalize the PSR.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed this 17th day of October, 2019 at Fresno, California.

                                            s/s Barbara Hope O'Neill
                                            Barbara Hope O'Neill

**ORDER**

Good Cause Appearing, Defendant is granted additional time until November 4, 2019 to file his motion for a new trial pursuant to Rule 33(b)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **October 21, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE