IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00142-2-LJO |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| TOBIAS SOTO-MELCHOR, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Devin Burstein to represent the above defendant in this case effective *nunc pro tunc* to January 13, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **January 16, 2020**         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE