UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(HONORABLE LAWRENCE J. O'NEILL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TOBIAS SOTO-MELCHOR,<br><br>  Defendant. | Case No.: 18-cr-00142-LJO<br><br>Order to unseal transcripts |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the previously sealed portions of the hearings on July 15, 2019 and August 5, 2019, be unsealed for purposes of the appeal.

IT IS SO ORDERED.

Dated: **January 27, 2020**         **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE